UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES ANGUS, et al.,

    Plaintiffs,

v.

JOHN CRANE INC.,

    Defendant.

Case No. 16-cv-03532-JST

**ORDER VACATING HEARING**

Re: ECF No. 15

Before the Court is Plaintiff's Motion to Remand. ECF No. 15. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for August 4, 2016, is hereby vacated.

IT IS SO ORDERED.

Dated: July 25, 2016

_____
JON S. TIGAR
United States District Judge